UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

King Zak Industries, Inc.,

                         Plaintiff,

                v.

Paramont Global, Ltd.,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AMENDED

**ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE**

7:17-cv-00449  (CS)

The above entitled action is referred to the Hon. Paul e. Davison ,
United States Magistrate Judge, for the following purpose(s):

| | | | |
|---|---|---|---|
| ____ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ | SOCIAL SECURITY |
| | | _X_ | SETTLEMENT |
| ____ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ | CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial) |
| ____ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ____ | CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF |
| ____ | Discovery Disputes | | |
| ____ | JURY SELECTION | | |
| ____ | HABEAS CORPUS | | |

Dated: March 27, 2018
       White Plains, NY

*Cathy Seibel*

United States District Judge

* Do not check if already referred for General Pre-Trial.