UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
King Zak Industries, Inc.,

                                Plaintiff,

-against-

Paramount Global Ltd., et al.,

                                Defendants.
------------------------------------------------------X

**ORDER**

17 Civ. 449 (CS)(PED)

**PAUL E. DAVISON, U.S.M.J.:**

Plaintiff's counsel is directed to promptly provide the Court with an update as to the status of settlement negotiations.

Dated: December 6, 2019
        White Plains, New York

                                            **SO ORDERED**

                                            _____
                                            Paul E. Davison, U.S.M.J.